UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Fernando Espinal-Estrada

v.

Case No. 25-cv-417-SE

Strafford County Department of Corrections,
Superintendent et al.

ORDER

The petitioner in this case claims that his detention is governed by 8 U.S.C. § 1226(a). The respondents disagree, arguing that the petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2). The record before this court presently lacks evidence that the petitioner was arrested on a warrant or otherwise notified that his current detention is controlled by § 1226(a). Compare with Alvarez Caizan v. Ackley, 25-cv-382-SE (D.N.H. Nov. 21, 2025).

On October 30, 2025, the district court for the District of Massachusetts certified a class consisting of all people who "are detained in a geographical area over which, as of September 22, 2025, an Immigration Court located in Massachusetts is the administrative control court, or who are otherwise subject to the jurisdiction of an Immigration Court located in Massachusetts" and meet certain criteria. Guerrero Orellana v. Moniz, No. 25-CV-12664-PBS, 2025 WL 3033769, at *14 (D. Mass. Oct. 30, 2025). The petitioner in that case has moved for class-wide partial summary judgment on one of his claims and requested that the court enter declaratory relief that class members are entitled to bond hearings upon request. The court has scheduled a hearing on that motion for December 17, 2025.

The petitioner in this case appears to be a class member. Therefore, to avoid the risk of inconsistent rulings and in light of principles of comity, the court stays this action until the district court issues its summary judgment ruling in <u>Guerrero Orellana.</u>

SO ORDERED.

_____
Samantha D. Elliott
Chief Judge

Date: November 24, 2025

cc:    Counsel of Record