UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Fernando Espinal-Estrada</u>

      v.                                                      Civil No. 1:25-cv-417-SE-TSM

<u>Strafford County Department of Corrections,</u>
<u>Superintendent, et al.</u>

O R D E R

      Fernando Espinal-Estrada filed a petition for a writ of habeas corpus on October 23, 2025, contesting his detention and requesting, inter alia, a bond hearing. <u>See</u> doc. no. 1. On January 8, 2026, the respondents notified the court that the petitioner was afforded a bond hearing in immigration court based on the Immigration Judge's finding that the petitioner is a member of the class identified in Guerrero Orellana v. Moniz, No. 25-cv-12664-PBS, 2025 WL 3687757 (D. Mass. Dec. 19, 2025). Doc. no. 16. He was ordered released on payment of $3,000 bond. <u>Id.</u>

      The parties are hereby directed to show cause on or before January 21, 2026, as to why the court should not dismiss the petition as moot.

      SO ORDERED.

                                                                           _____
                                                                                 Samantha D. Elliott
                                                                                 United States District Judge

January 14, 2026

cc:      Counsel of record.